# UNITED STATES DISTRICT COURT
for the
Western District of Washington

FILED _____ LODGED
_____ RECEIVED

JUN 13 2018

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

3418 90th Street South Apt. #32 Lakewood, WA 98499
and a Silver 2004 Mitsubishi Endeavor, Washington license
plate AKV5783 described in Attachments A1 & A2.

Case No. MJ18-5148

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachments A1 and A2 (incorporated herein by reference)

located in the    Western    District of    Washington    , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated herein by reference)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1959(a) | Violent Crime in Aid of Racketeering Activity |
| 18 USC 1962 | RICO |
| 18 USC 924(c) | Possession of a Firearm in Furtherance of a Crime of Violence |

The application is based on these facts:

Please see attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

FBI Special Agent Todd R. Bakken
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 13, 2018

_____
Judge's signature

City and state: Tacoma, Washington

Theresa L. Fricke, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A1

### (3418 90th Street South Apt. #32 Lakewood, Washington)

The SUBJECT PREMISES, 3418 90th Street South, Apartment 32, Lakewood, Washington 98499, is an apartment in the Chandelle Apartments complex. It is located on the second floor of the most northwest building of the four-building complex. Building 3418 is cream colored with white trim, and has the number "3418" on the side (north) wall about eight feet off the ground. Building 3418 has an open-air entryway for four apartments. Apartment 32 is the upstairs apartment on the right side (as you are standing in the parking lot facing the entryway). The number "32" is on the front side of the building to the right of the entryway (as you face the entryway), about eight feet off the ground, and the number "30" is directly below the "32."





# ATTACHMENT A2

## (Silver 2004 Mitsubishi Endeavor, Washington license plate AKV5783)



## Attachment B

## Particular Things to be Seized

I. Evidence of street gang membership or affiliation with any street gang, including but not limited to:

  A. Any document or materials referencing gangs or gang membership, including any drawings, writings, notebooks, papers, objects, or graffiti depicting gang names or gang members' names, initials, logos, nicknames, or slogans;

  B. Any membership rosters or a description of gang membership or affiliation, activity, or identity;

  C. Any material or object which appears to depict evidence of any criminal activity;

  D. Any photographs and videos which appear to depict enterprise evidence, such as depictions of persons displaying gang signs, firearms, or money;

  E. Any document or materials referencing gang rules, regulations, pledges, oaths, procedures, codes or knowledge;

  F. Any address books, lists of, or single references to addresses or telephone numbers of persons who are determined to belong to or to be affiliated with any street gangs;

  G. Any communications involving persons who appear to be members of or affiliated with any street gang;

  H. Cellphones;

  I. Computers, laptops, or electronic tablets (such as iPads);

  J. Any electronic device capable of digitally storing images, videos, or media files, such as cameras, thumb drives, compact discs, or SD cards; and

  K. Any bandanas.

1

II. Evidence of trafficking in firearms, including firearms and ammunition.

III. Evidence of trafficking in controlled substances, including but not limited to controlled substances, controlled substance residue, scales, baggies, and other paraphernalia, owe sheets, and U.S. currency.

# AFFIDAVIT

STATE OF WASHINGTON )
) ss
COUNTY OF PIERCE )

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR SEARCH WARRANT

I, Todd Bakken, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrants authorizing the search of 3418 90th Street South, Apartment 32, Lakewood, Washington 98499 (hereinafter "SUBJECT PREMISES"), and a silver 2004 Mitsubishi Endeavor, Washington license plate AKV5783 ("SUBJECT VEHICLE"), as more fully described in the respective Attachments A1 and A2, for evidence, fruits and instrumentalities of criminal violations, as described in Attachment B.

2. I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code, and am empowered by law to conduct investigations of, and to make arrests for, offenses in violation of Title 18 and Title 21 of the United States Code.

3. I am a Special Agent of the Federal Bureau of Investigation (FBI) assigned to the Seattle Division's Tacoma Resident Agency. I have been employed by the FBI as a Special Agent for 27 years, and have investigated gang and drug cases since 1994. Since 2003, I have coordinated the FBI's South Sound Gang Task Force; part of my assigned caseload involves the investigation of cases involving narcotics trafficking, often by members of various street gangs. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

4. The facts in this affidavit come from my personal observations, my training and experience, open source records, and social media accounts obtained pursuant to federal search warrants, as well as information obtained from other law enforcement officers and in interviews with and grand jury testimony of witnesses. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code, Section 1962 (Racketeer Influenced and Corrupt Organizations Act); Title 18, United States Code, Section 1959 (Violent Crimes in Aid of Racketeering); Title 18, United States Code, Section 924(c) (Possession of Firearm in Furtherance of a Crime of Violence); and Title 21, United States Code, Sections 841 and 846 (Drug Trafficking) have been committed. There is also probable cause to search the SUBJECT PREMISES, as described in Attachment A, for evidence of these crimes and contraband, or fruits of these crimes, as described in Attachment B.

## THE ROLLIN 60s CRIPS OF DANVILLE, VIRGINIA

6. Since mid-2017, the FBI, along with other federal agencies, the Danville Police Department ("DPD"), and the Pittsylvania County Sheriff's Office have been investigating gang-related violent crime in the Danville, Virginia area. During the course of this investigation, the FBI has learned that multiple street gangs operate in the Danville area, including the "Rollin 60s Neighborhood Crips" ("ROLLIN 60s"). The ROLLIN 60s is a violent criminal street gang. The ROLLIN 60s and their members are believed to have committed, and to continue to commit, violations of federal criminal statutes including, but not limited to, those set forth in paragraph 5.

7. To date, the investigation into the ROLLIN 60s has revealed the following information about the gang's structure and membership:

a. The ROLLIN 60s is a set of the Crips street gang which has operated in the Western District of Virginia, primarily Danville, Virginia, since at least sometime in or about the summer or fall of 2015.

b. New members of the ROLLIN 60s join the gang through an initiation process of "fighting in," which is where a recruit would take a beating from other members for sixty seconds.

c. The members of the ROLLIN 60s would meet to discuss gang business. These meetings, called "sit downs" or "sessions," provided a chance for the members to discuss the "situation" with other gangs, including "beefs," and how best to earn money.

d. The main source of income for the members was the sale of marijuana and cocaine, and certain members were known as higher level distributors to other gang members for street level distribution. Some members were allowed to contribute to the gang through legal employment. The members earned money because they were required to take care of each other and their families and were supposed to pay dues.

e. Part of the gang business also included "putting in work" for the gang when necessary; "putting in work" is a reference to shooting at others or objects, such as the houses of rival gang members. It could also mean killing a rival gang member, if needed.

f. The ROLLIN 60s are typically associated with an area in the City of Danville known as the "8" or "800," which refers to a particular neighborhood. They work to control and maintain this area against other gangs.

g. The ROLLIN 60s commonly utilize a variety of unifying marks, manners, and identifiers, including "gang signs," which refer to hand gestures that are specific to the gang organizations. The ROLLIN 60s use certain phrases, lingo, and writing styles to promote and facilitate their gang and to show

disrespect to others. Members wear blue bandanas, called "flags," to denote their gang membership.

  h. The ROLLIN 60s operate under a loose leadership structure, with the head of the gang called "BKig Homie."

  i. The ROLLIN 60s function according to a set of rules, sometimes contained in "books of knowledge." The books of knowledge can describe such things as the leadership structure, gang history, and general rules. Members often distributed the "knowledge" by photographing the writings and sharing it through Facebook, social media, and text messages.

  j. The ROLLIN 60s frequently possess firearms, which they show themselves brandishing in publicly available videos and photographs in order to promote the gang's violent and intimidating image. The ROLLIN 60s also use social media as a recruitment tool.

8. Members of the ROLLIN 60s and their associates distributed controlled substances, and used the proceeds of those drug transactions to benefit gang members and to help finance their enterprise.

9. Members of the gang and their associates also participated in the ROLLIN 60s enterprise by trafficking in firearms. In addition, the gang members are instructed to carry these firearms for their own protection and the protection of their fellow gang members.

10. Because of their gang association and participation in various violent crimes, numerous ROLLIN 60s members and their associates are currently under investigation, and there is reasonable suspicion to believe that evidence exists within the SUBJECT PREMISES and SUBJECT VEHICLE that will be relevant and material to the ongoing criminal investigation of the gang itself and of the aforementioned offenses.

11. It is my experience in investigating street gangs that most members are known to fellow gang members by street names or monikers. Gang members frequently write their names or monikers of themselves and associates on walls, furniture,

1  miscellaneous items, and/or papers and notebooks, within their residences or their
2  vehicles. In addition, gang members and their associates write their gang "knowledge"
3  on documents and papers in order to help disseminate that information to other members
4  and associates.

5    12.    It is also my experience in the investigation of street gangs that gang
6  members keep digital photographs and videos, in which are depicted: (a) fellow gang
7  members who are posing and giving hand gang signs that indicate gang identity or
8  affiliation; (b) gang members or associates posing with weapons, particularly firearms
9  that are often used for criminal activities; (c) gang members or associates posing with
10 large stacks of cash, which can include criminal proceeds; and (d) gang members or
11 associates posing at locations that are known to be specific gang hangouts. These
12 photographs have been displayed on social media outlets, e.g. Facebook, and have been
13 shared by texting the photographs to others using cellphones. Such photographs and
14 videos are used to promote a gang member's standing within the gang, as well as to
15 promote the gang and recruit other members (e.g., the more violent a gang appears, the
16 more "popular" it is).

17   13.    Further, it is my experience that many gang members use cellular and
18 electronic devices to communicate with other gang members and associates through
19 voice calls, text messages, and by accessing social media. Through the investigation of
20 this case I have learned that gang members use social media messages and regular text
21 messaging to plan and execute gang and criminal activity, as well as to discuss previous
22 criminal activity. These devices contain evidence of the gang and criminal activity.

**Subject Premises and Vehicle Information**

24   14.    A Federal Grand Jury in the Western District of Virginia has indicted
25 Phillip Daekwon Miles, also known as "R" or "Sammy," with violations of Title 18,
26 United States Code, Sections 1959 and 1962 (Violent Crimes in Aid of Racketeering,
27 and Racketeer Influenced and Corrupt Organizations Act, respectively). Miles is a

member of the ROLLIN 60s and has been a member of this gang since at least 2015, according to his Facebook account information and the testimony of multiple witnesses.

15. During this grand jury investigation, law enforcement has reviewed numerous Facebook accounts, other social media, and the contents of cellphones, as well as interviewed multiple witnesses. Based on this information, Miles is the second-in-command of the ROLLIN 60s gang, and frequently gave orders to other members, sometimes through Facebook or text messages. Miles is known as a "shooter" for the gang and, over the last three years, has allegedly been involved in multiple shootings and attempted murders, including the murder for which he is now indicted by a Federal Grand Jury. Miles is frequently armed.

16. In addition, Miles is believed to be a high level drug supplier for the ROLLIN 60s and helped supply lower-level gang members with narcotics for street level distribution.

17. Until a couple of months ago, Miles lived and operated in Danville, Virginia. On an unknown date this spring, after some of his fellow gang members were arrested on various state charges, Miles fled to Tacoma, Washington.

18. Investigation by the FBI and other law enforcement agencies has determined that until very recently, Miles resided at 1828 South 95th Street, Apt. D, Tacoma, Washington 98444.

19. Miles is an employee of Wal-Mart. In response to a grand jury subpoena, Wal-Mart provided records showing Miles's listed address as 1828 South 95th Street, Apt. D, Tacoma, Washington 98444.

20. In addition, the CP Clear database listed a resident of that same address as Equasisa Mascal. Mascal is known to be Miles's current girlfriend and the mother of at least one of his children. CP Clear collects data from all three credit bureaus which report credit information when an individual obtains credit, purchases items using credit, or obtains goods or services that require a credit check. Experian reported 1828 South

95th Street, Apt. D, Tacoma, Washington 98444 as a residence for Mascal as recently as March 2018.

21.  Miles himself indicates publicly that he lives in the Tacoma area. Miles has posted two recent videos on YouTube. Law enforcement determined that one video was filmed in front of "Lou's Barber Shop," which is located at 2615 North 21st Street, Tacoma, Washington 98406. In a separate video, Miles is walking into a store that was identified as "Handy Deli & Grocery," located at 8711 South Hosmer Street # E, Tacoma, Washington 98444, and hence walking distance to the 95th Street address and about a 10-minute drive to the SUBJECT PREMISES on 90th Street in adjacent Lakewood. In both videos, Miles is with an individual known to law enforcement as Travalle Mccadden. Mccadden commented on Facebook that he and "R" (Miles) had been staying with his older brother "Rik." Law enforcement has identified "Rik" as Tyrick Mccadden (who had active utilities at that 95th Street address in 2018).

22.  CP Clear had active utilities at the 95th Street address for Trik Mccadden from October 2017 to April 2018. Experian reports the 95th Street apartment as an address for Tyrik Mccadden from October 2017 to January 2018, and TransUnion reports it as an address for Trik Mccadden in March 2017.

23.  In May 2018, law enforcement monitored a telephone call made by ROLLIN 60s member Dashaun Trent, who is currently incarcerated in jail. Trent placed a call to a person identifying himself as "Sammy Banks" using number (434) 710-8055. "Sammy Banks" is a verified alias of Miles. A reverse search using the ICS telephone system (Jail Contract Telephone Service) provided the apartment on 95th Street as the address for the above number. (Note: System did not provide an apartment number.)

24.  On June 12, 2018, law enforcement approached property management of the 95th Street address. Although management personnel were not especially cooperative, agents could see a large dry erase board in plain view on the wall in the management office. On that board, it was written that the "move out date" for Building "1828" Apt. # "D" was "5/21" (May 21st). This confirmed suspicions raised by viewing

Tyrick Mccadden's girlfriend's public Facebook page on June 11, 2018, that the residents of the 95th Street apartment had recently moved to a new address(es). It appeared that the post about moving was dated May 18, 2018.

25. On the afternoon of June 12, 2018, your Affiant and another FBI agent both independently observed PHILLIP MILES stocking shelves at the Wal-Mart located at 7001 Bridgeport Way West, Lakewood, Washington. MILES appeared to be an employee of the store. MILES was still stocking shelves at approximately 5:00 p.m. At approximately 10:10 p.m., MILES departed Wal-Mart from the main front doors and entered the driver's door of a silver Mitsubishi SUV bearing Washington tag AKV5783 (the SUBJECT VEHICLE). MILES was alone. MILES drove directly to the Chandelle Apartments located at 3418 90th Street South, Lakewood, Washington 98499. He parked the vehicle in stall #32 and exited it. Surveillance was terminated at approximately 10:25 p.m. FBI agents picked up surveillance at the Chandelle Apartments at approximately 7:30 a.m. on June 13, 2018, and the same Mitsubishi SUV was still parked in stall #32.

26. On June 13, 2018, the registration for the SUBJECT VEHICLE was checked via South Sound 911 (the regional emergency services dispatch center). The registration included a notification that the silver 2004 Mitsubishi Endeavor, Washington license plate AKV5783, "has been sold" on March 20, 2018 to "MILES, PHILLIP DAEKWON" at 1828 S. 95th Street, Apt. D, Tacoma, Washington 98444 (which was MILES' address at that time).

27. As noted above, Public Records databases had listed the resident of the 95th Street apartment as Equasisa Mascal, known to be Miles's current girlfriend and the mother of at least one of his children. On June 13, 2018, the Washington Department of Social and Health Services (DSHS) confirmed to your Affiant that the current resident at 3418 90th Street South, Apt. 32, Lakewood, Washington 98499, i.e., the SUBJECT PREMISES, was Equasisa Mascal.

28. Also on June 13, 2018, the FBI saw a post on Equasisa Mascal's public Facebook page, responding to posts from two other people about food. In it, Mascal said she would like to go see them, but Phillip was at work. Mascal's post occurred at approximately 10:00 p.m. on June 12, 2018; MILES had not yet departed Wal-Mart and driven to the SUBJECT PREMISES, as detailed above in paragraph 25. Your Affiant believes this meant that Mascal was indicating that MILES was not yet home for the night, i.e., had not yet returned to the SUBJECT PREMISES.

29. The SUBJECT PREMISES, 3418 90th Street South, Apartment 32, Lakewood, Washington 98499, is an apartment in the Chandelle Apartments complex. It is located on the second floor of the most northwest building of the four-building complex. Building 3418 is cream colored with white trim, and has the number "3418" on the side (north) wall about eight feet off the ground. Building 3418 has an open-air entryway for four apartments. Apartment 32 is the upstairs apartment on the right side (as you are standing in the parking lot facing the entryway). The number "32" is on the front side of the building to the right of the entryway (as you face the entryway), about eight feet off the ground, and the number "30" is directly below the "32."

30. As set forth above, a Federal Grand Jury has found probable cause that the ROLLIN 60s is an enterprise or organization that is engaged in activities that are in violation of federal and state laws, and that Miles is a member of that enterprise. Pursuant to my training and experience, gang members maintain evidence of gang participation, controlled substances, and firearms in their homes, the homes of family members, or locations where they spend large amounts of time, and the SUBJECT PREMISES is such a location.

**PERMISSION TO SEARCH DURING NIGHTTIME**

31. A Federal Grand Jury indicted Miles along with multiple other co-conspirators, and a Federal Court has now issued arrest warrants for these individuals. In order to effectuate the seizure of potential evidence, avoid the flight of defendants, and help ensure officer safety, law enforcement intends to arrest all defendants contained

Affidavit of Todd Bakken - 9

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

in the Indictment on June 14, 2018 at 6:00 a.m. EDT. To arrest Miles at the same time, law enforcement would need to execute the arrest and search warrants at 3:00 a.m. PDT. Because Miles has already fled the jurisdiction and because of the prevalent use of social media and cellphones by the defendants in this case, if Miles is not arrested simultaneously with his co-defendants, there is a good faith basis to believe that Miles could learn of the arrests and searches and would flee again and/or dispose of any potential evidence he currently has in his possession. His flight could also increase the risk of injury to other law enforcement agents who seek to arrest him on a later date, as this gang has already publicly expressed a desire and willingness to shot and kill police officers. Therefore, your Affiant also seeks permission to execute the requested search warrants at any time of the day or night.

## CONCLUSION

32. Based on the foregoing information, your Affiant submits that probable cause exists that SUBJECT PREMISES and SUBJECT VEHICLE contain evidence of the criminal enterprise, as well as direct evidence of violations of Title 18, United States Code, Section 1962; Title 18, United States Code, Section 1959; Title 18, United States Code, Section 924; and Title 21, United States Code, Sections 841 and 846.

TODD R. BAKKEN, Affiant
Special Agent, FBI

Subscribed and sworn to before me this 13th day of June, 2018.

THERESA L. FRICKE
United States Magistrate Judge

Affidavit of Todd Bakken - 10

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800